United States District Court
Southern District of Texas
**ENTERED**
November 17, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROBERTO SCOTT GONZALEZ, "Petitioner", | § § § | |
| v. | § § | Civil Action No. 1:22-cv-00123 |
| UNITED STATES OF AMERICA, "Respondent". | § § § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the Court is Petitioner's "Motion Pursuant to 28 U.S.C. § 2255" ("Motion") (Dkt. No.1), Respondent's "Motion to Dismiss" ("MTD") (Dkt. No. 5), and the "Magistrate Judge's Report and Recommendation" ("R&R") (Dkt. No. 7). The R&R recommends this Court (1) grant Respondent's MTD; (2) dismiss Petitioner's Motion; (3) decline to issue a certificate of appealability; and (4) direct the Clerk of Court to close this case.

No objections were filed by either party. When no objections are filed to a magistrate judge's ruling, the district court applies the "clearly erroneous, abuse of discretion and contrary to law" standard of review. *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). Finding no clear error, abuse of discretion, or finding contrary to law, the R&R is **ADOPTED**.

Respondent's MTD (Dkt. No. 5) is **GRANTED**. Petitioner's Motion (Dkt. No. 1) is **DISMISSED**. The Court **DECLINES** to issue a certificate of appealability. The Clerk of Court is **ORDERED** to close this case.

Signed on this 17th day of November, 2022.

Rolando Olvera
United States District Judge